No. 341.   DILLON ET AL. *v.* HALBOUTY ET AL.   Supreme Court of Texas.   Certiorari denied.   *Levert J. Able* and *James P. Hart* for petitioners.   *Harry R. Jones, Cecil N. Cook, James D. Smullen* and *Frank J. Scurlock* for respondents.   *Jack Voyles* for the City of Port Arthur, as *amicus curiae,* in support of the petition.

No. 342.   BAEHR ET AL. *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   *Carl L. Shipley, Thomas A. Ziebarth* and *Samuel Resnicoff* for petitioners.   *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *John G. Laughlin, Jr.* for the United States.

No. 345.   COLBY *v.* COLBY.   Supreme Court of Nevada. Certiorari denied.   *David G. Bress* for petitioner.   *John A. Beck* and *Elizabeth R. Young* for respondent.

No. 354.   UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA ET AL. *v.* MAHONEY ET AL., TRADING AS KRUSEN, EVANS & BYRNE.   C. A. 3d Cir.   Certiorari denied.   *James Alan Montgomery, Jr.* for petitioners.   *T. E. Byrne, Jr.* for respondents.

No. 356.   TRIPP *v.* TRIPP.   Supreme Court of South Carolina.   Certiorari denied.   *William J. Griffin* and *Robert C. Boyer* for petitioner.   *Harvey W. Johnson* for respondent.

No. 357.   BRAMBLETT ET AL. *v.* WILSON.   Supreme Court of Arizona.   Certiorari denied.   *Donald R. Franson* and *John F. Sullivan* for petitioners.